In the Matter of the Estate of JAMES G. HARBORD, Deceased. BANKERS TRUST COMPANY et al., as Executors of JAMES G. HARBORD, Deceased, Appellants; STATE TAX COMMISSION, Respondent.—

No opinion. Present — Nolan, P. J., Carswell, Johnston, Adel and MacCrate, JJ. [201 Misc. 358.] [See *post*, p. 1087.]